UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AKEISHA NORRIS;<br>　　Plaintiff,<br><br>vs.<br><br>ADOLPH THORNTON, JR.<br>　　Defendant. | )<br>)<br>)<br>)　CIVIL FILE ACTION NUMBER:<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S COMPLAINT FOR DAMAGES FOR MISAPPROPRIATION OF LIKENESS AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

NOW COMES Plaintiff, **AKEISHA NORRIS**, by and through her attorneys, The Law Office of Keith Altman AND THE Law Office of Odis Williams, P.C. and for her Complaint against Defendant, hereby states the following:

### BACKGROUND

1. This action is seeking damages for Defendant's invasion of Plaintiff's privacy by using a video of Plaintiff for Business purposes without her consent leading to damages including intentional infliction of emotional distress.

2. In September 2018, Plaintiff was a sergeant in the Army Nation Guard and was on active duty in Kuwait. At the time, she was a citizen of Mississippi.

3. Plaintiff posted a video of her dancing in uniform to one of Defendant's songs on her Instagram account.

4. Defendant, who was a friend of Plaintiff, copied the video and placed it on his website, where he was promoting his newly released album, Role Model. He posted the video without the consent of Plaintiff and without her knowledge.

5. Defendant posted the video specifically for business purposes to enhance the sales of his album.

6. When Defendant posted the video, Defendant was a citizen of Georgia, and the conduct originated from within Georgia.

7. After posting the video, the video went viral with thousands of views, including Plaintiff's superior officers.

8. Plaintiff was called before her superior officers and disciplined, leading to a mental breakdown. As a result, she was sent back to the United States and dismissed from the military.

9. To this day, Plaintiff suffers from emotional distress and PTSD resulting from Defendant's posting of the likeness and the appropriation of the same done so without her consent and with the direct pecuniary benefit of the Defendant.

## PARTIES

10. Plaintiff Akeisha Norris is currently a citizen of Tennessee. At the time of the tort, Plaintiff was on active duty as a sergeant in the Army National Guard on active duty stationed in Kuwait and was a Mississippi citizen.

11. Adolph Thornton, Jr. a/k/a "Young Dolph" is a citizen of Georgia and was located in Georgia at the time of the actions relevant to this case.

## JURISDICTION & VENUE

12. This action arises between citizens of different states and for an amount above $75,000, and therefore this Court has jurisdiction pursuant to 28 U.S.C. §1332 (diversity of citizenship).

13. This action is properly venued in the Atlanta Division of the Northern District of Georgia because at the time the tort was committed, Defendant was a resident of the district, and the tort was committed from within the district.

## FIRST CAUSE OF ACTION
### Invasion of Privacy-Appropriation of Likeness

14. Defendant posted Plaintiff's video on his website to promote his new album.

15. Defendant did not have Plaintiff's permission to post the video.

16. Defendant used Plaintiff's video for business purposes to sell more albums.

17. After being place on Defendant's website, Plaintiff's video went viral, leading to substantially increased sales of Defendant's music.

18. As a direct and proximate result of Defendant posting the video, Plaintiff suffered harm in the following non-exclusive manners:

   a. Plaintiff suffered severe emotional distress.

   b. Plaintiff was dismissed from the military.

   c. Plaintiff suffered embarrassment and ridicule.

19. Because Defendant used the likeness of Plaintiff for business purposes without her consent leading to damages, Defendant is responsible for the invasion of Plaintiff's privacy. Plaintiff has sustained and continues to sustain injuries and damages.

## SECOND CAUSE OF ACTION
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

20. By his intentional and wanton conduct, Defendant has inflicted extreme and severe emotional distress on Plaintiff, who was dismissed from the military and suffered and continues to suffer from PTSD stemming from Defendant's use of Plaintiff's likeness for his gain.

21. As a result of Defendant's conduct, Plaintiff has suffered stress resulting in panic and anxiety attacks and suicidal ideation.

22. Plaintiff sees a therapist and is being treated for symptoms of post-traumatic stress disorder (PTSD).

23. The growing emotional, psychological, and physical distress that the Plaintiff has suffered was caused directly and proximately by the Defendants' intentional and wanton conduct.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that this Court grant them relief as follows:

(1) Compensatory damages for financial loss, damage to reputation, humiliation, mental anguish, and emotional distress;

(2) Punitive damages against the individual defendants;

(3) Attorneys' fees;

(4) Costs of the suit;  and

(5) Such other relief as the Court may deem proper.

## JURY TRIAL DEMAND AND CERTIFICATION OF COMPLAINCE WITH RULE 5.1

Plaintiff hereby hereby certifies that it has complied with the requirments of this Court with regard to the font and size of the instant pleading and further demands a trial by jury on all issues stated in this action.

Dated: October 14, 2020

Akeisha Norris

          Respectfully Submitted,

          <u>/s/Keith Altman</u>
          Keith Altman (*pro hac vice to be applied for*)
          The Law Office of Keith Altman
          33228 West 12 Mile Road - Suite 375
          Farmington Hills, MI 48331
          516-456-5885
          kaltman@lawampmmt.com

          **The Law Office of Odis Williams, P.C.**

          /s/ Odis W. Williams

          _____
          Odis W. Williams
          Georgia Bar No. 556272
          *Attorney for Plaintiff*
          1640 Powers Ferry Road
          Building 20, Suite 300
          Telephone:  770-575-4466
          Fax: 877-329-8359
          Email:  owilliams@odiswilliamspc.com