IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AKEISHA NORRIS, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | |
| vs. | : | 1:20-CV-4235-CC |
| | : | |
| ADOLPH THORNTON, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Plaintiff Akeisha Norris ("Plaintiff") commenced the above-styled action with the filing of her Complaint [Doc. No. 1] on October 13, 2020.  Federal Rule of Civil Procedure 4(m) provides, in pertinent part, the following:

> If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

Fed. R. Civ. P. 4(m).  The record in this case reveals that this action has been pending for over 90 days, and no proof of service upon Defendant Adolph Thornton ("Defendant") has been filed.

Accordingly, within twenty (20) days of the date of this Order, the Court **DIRECTS** Plaintiff to effect service upon Defendant and file with the Clerk of Court proof of the same or otherwise show good cause in writing why this action

should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m). Any failure by Plaintiff to comply with this Order will result in the dismissal of this action without prejudice.

SO ORDERED this 8th day of February, 2021.

s/ CLARENCE COOPER
CLARENCE COOPER
SENIOR UNITED STATES DISTRICT JUDGE
