IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **AKEISHA NORRIS,**<br><br>    Plaintiff,<br>vs.<br><br>**ADOLPH THORNTON,**<br><br>    Defendant. | CIVIL ACTION NO.<br>1:20-CV-4235-CC |

## JOINT STIPULATION FOR SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED** by and between the undersigned that Craig T. Jones, Esquire, of the law firm Craig T. Jones, P.C., shall be substituted as counsel of record on behalf of the Plaintiff, and Odis Williams, Esquire, of the law firm The Law Office of Odis Williams, P.C., and Keith Altman, Esquire, of The Law Office of Keith Altman, shall be relieved of any further responsibility in connection with this action.

| | |
|---|---|
| **The Law Office of Odis Williams, P.C.**<br>1640 Powers Ferry Road, #300<br>Marietta, GA 30067<br><br>          /s/ Odis W. Williams<br>BY: _____<br>Odis. W. Williams, Esq.<br>Georgia Bar No. 556272<br>owilliams@odiswilliamspc.com | **Craig T. Jones, P.C.**<br>Post Office 129<br>Washington, Georgia 30673<br><br>          /s/ Craig T. Jones /<br>BY: _____<br>Craig T. Jones, Esq.<br>Georgia Bar No. 399476<br>craigthomasjones@outlook.com |

**The Law Office of Keith Altman**
33228 West 12 Mile Road - Suite 375
Farmington Hills, MI 48331

BY: /s/ Keith Altman
_____
Keith Altman, Esq.
*Pro Hac Vice*
kaltman@lawampmmt.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Joint Stipulation for Substitution has been furnished on the  1st day of July, 2021, by ECF to all attorneys of record.

/s/ Craig T. Jones
_____
Craig T. Jones
**Ga. Bar No. 399476**
**Local Counsel for Plaintiff**