IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**AKEISHA NORRIS,**

        Plaintiff,

vs.

**ADOLPH THORNTON,**

        Defendant.

CIVIL ACTION NO.
1:20-CV-4235-CC

## JOINT STIPULATION FOR SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED** by and between the undersigned that

Anita Lamar, Esquire, of the law firm Lamar Law Office, LLC, shall be

substituted as counsel of record on behalf of the Plaintiff, and Craig T. Jones,

Esquire, of the law firm Craig T. Jones, P.C., shall be relieved of any further

responsibility in connection with this action.

| | |
|---|---|
| **Lamar Law Office, LLC** | **Craig T. Jones, P.C.** |
| 4500 Hugh Howell Rd., #140 | Post Office 129 |
| Tucker, GA 30084 | Washington, Georgia 30673 |
| | |
| /s/ Anita Lamar / | /s/ Craig T. Jones / |
| BY: _____ | BY: _____ |
| Anita Lamar, Esq. | Craig T. Jones, Esq. |
| Georgia Bar No. 892383 | Georgia Bar No. 399476 |
| ALamar@atlantalegalcare.com | craigthomasjones@outlook.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Joint Stipulation for Substitution has been furnished on the 19th day of August, 2021, by ECF to all attorneys of record.

/s/ Anita Lamar /

_____

Anita Lamar, Esq.