IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **AKEISHA NORRIS,**<br><br>       Plaintiff,<br>vs.<br><br>**ADOLPH THORNTON,**<br><br>       Defendant. | CIVIL ACTION NO.<br>1:20-CV-4235-CC |

**CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL FOR PLAINTIFF AKEISHA NORRIS**

    **COMES NOW** Craig T. Jones, Esquire, of the law firm Craig T. Jones, P.C., and pursuant to Rule 83.1(E) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, file this Certificate of Consent to withdraw as counsel for the Plaintiff, AKEISHA NORRIS, in this action.

    Furthermore, Anita Lamar, of the Lamar Law Office, LLC, will be substituting in for Craig T. Jones.

    As evidenced by the signature below, the Plaintiff, Akeisha Norris, consents to the withdrawal and substitution of counsel.

                                        */s/ Akeisha Norris*
                                        _____
                                        Akeisha Norris
                                        *Plaintiff*

| | |
|---|---|
| **Lamar Law Office, LLC** | **Craig T. Jones, P.C.** |
| 4500 Hugh Howell Rd., #140 | Post Office 129 |
| Tucker, GA 30084 | Washington, Georgia 30673 |

    /s/ Anita Lamar /                      /s/ Craig T. Jones /

BY: _____  BY: _____
Anita Lamar, Esq.  Craig T. Jones, Esq.
Georgia Bar No. 892383  Georgia Bar No. 399476
ALamar@atlantalegalcare.com  craigthomasjones@outlook.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Certificate of Consent to Withdraw has been furnished on the 23 day of August, 2021, by ECF to all attorneys of record.

                                              /s/ Anita Lamar /
                                              _____
                                              Anita Lamar, Esq.