IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AKEISHA NORRIS, | : |
| Plaintiff, | : CIVIL ACTION NO. |
| vs. | : 1:20-CV-4235-CC |
| ADOLPH THORNTON, | : |
| Defendant. | : |

## ORDER

The above-styled action has been pending in this Court for more than six (6) months without any substantial proceedings of record having been taken during such time. Local Rule 41.3(A)(3) provides that "[t]he Court may, with or without notice to the parties, dismiss a civil action for want of prosecution if . . . [a] case has been pending in this Court for more than six (6) months without any substantial proceedings of record, as shown by the record docket or other manner, having been taken in the case." LR 41.3(A)(3), NDGa.

The Court hereby **ORDERS** Plaintiff Akeisha Norris to show cause in writing no later than **Thursday, September 2, 2021,** why this action should not be dismissed for failure to prosecute. Any failure to respond will result in the dismissal of the action.

SO ORDERED this 30th day of August, 2021.

*s/ CLARENCE COOPER*
CLARENCE COOPER
SENIOR UNITED STATES DISTRICT JUDGE