IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **AKEISHA NORRIS,** <br><br> Plaintiff, <br><br> vs. <br><br> **ADOLPH THORNTON,** <br><br> Defendant. | CIVIL ACTION NO. <br> 1:20-CV-4235-CC |

**PLAINTIFF'S RESPONSE TO THE COURT'S
ORDER TO SHOW CAUSE OF AUGUST 30, 2021 [Dkt. #19]**

**COMES NOW** the Plaintiff, Akeisha Norris (hereinafter, the "Plaintiff"), by and through her undersigned attorneys, and hereby responds to the Court's Order to Show Cause of August 30, 2021 [Dkt #19] (hereinafter, the "Order"), and would state as follows:

1. On October 13, 2020, the initial Complaint in this case was filed with this Court. [Dkt. #1].

2. On January 12, 2021, the Complaint was served on the Defendant, Adolph Thornton (hereinafter, the "Defendant"), and return of service was filed with this Court on February 23, 2021. [Dkt. #10].

3. Initially, this case was filed by then-co-counsel Odis Williams, and Lento Law Group (the firm where this case originated) attorney Keith Altman as *pro hac vice* counsel. [Dkt. #6].

4. The Defendant has never responded to the Complaint, nor entered an appearance herein.

5. However, Keith Altman no longer works for Lento Law Group, and on July 1, 2021, Craig Jones replaced Odis Williams as local co-counsel, and Keith Altman was to be replaced by the undersigned, Rook Ringer. [Dkt. #12].

6. On August 19, 2021, Anita Lamar replaced Craig Jones as local co-counsel, due to Mr. Jones not having an office within the required area.

7. Between July 9, 2021, and August 30, 2021, multiple attempts at filing motions for the undersigned, Rook Ringer, to appear *pro hac vice* in this matter. [Dkts. #13, 14, 16, 18, & 20].

8. On September 2, 2021, this Court granted the application for Rook Ringer to appear *pro hac vice* in this case. [No Docket Number].

9. The intent of the undersigned, Rook Ringer, has been to file for a default judgment with this Court upon her *pro hac vice* admission to this case.

10. That having occurred, she will be filing the necessary Motion for Default concurrent with this Response.

11. Given that the Defendant has been properly served, but has never made an appearance, nor responded to the Complaint, the Plaintiff argues that there has been no prejudice to the Defendant by these delays.

12. The Plaintiff will ensure that the relevant motions and supporting documents are timely filed from this point on, in order to effect a speedy conclusion to this case.

WHEREFORE, the Plaintiff would ask this Honorable Court to accept this Response to the Court's Order of August 30, 2021, and to not dismiss this action.

Dated: 09/02/2021

_____
**Rook Elizabeth Ringer, Esq.**
Florida Bar #1015698
Lento Law Group, P.A.
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
904-602-9400 Ext. 467 – Office
reringer@lentolawgroup.com

/s/ Anita Lamar /

Dated: 09/02/2021

_____
Anita Lamar, Esq.
Georgia Bar No. 892383
**Lamar Law Office, LLC**
4500 Hugh Howell Rd., #140
Tucker, GA 30084
Office: 678.819.5200
ALamar@atlantalegalcare.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing Response to the Court's Order to Show Cause of August 30, 2021, has been furnished on the 2nd day of September, 2021, by ECF to all attorneys of record.

/s/ Anita Lamar /
_____
Anita Lamar, Esq.