## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **AKEISHA NORRIS,** | |
| Plaintiff, | |
| vs. | CIVIL ACTION NO. 1:20-CV-4235-CC |
| **ADOLPH THORNTON,** | |
| Defendant. | |

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

**PLAINTIFF asks the court clerk to enter a default against defendant, as authorized by Federal of Civil Procedure 44.**

### A. Introduction

1.    Plaintiff is Akeisha Norris.  Defendant is Adolph Thornton.

2.    On October 13, 2020, Plaintiff sued Defendant for invasion of privacy/appropriation of likeness and intentional infliction of emotional distress.

3.    On October 13, 2020, Plaintiff filed Plaintiff's Complaint for Damages for Misappropriation of Likeness and Intentional Infliction of Emotional Distress with the Court. On January 12, 2021, Defendant was served with a summons and a copy of Plaintiff's complaint by personal service at his residence. A copy of the return of service is attached as **Exhibit "A"**. Defendant did not file a responsive pleading or otherwise defend the suit.

4.    Plaintiff is entitled to entry of default.

**B. ARGUMENT**

5.    The court clerk may enter a default against a party who has not filed a responsive pleading or otherwise defended the suit. Fed. R. Civ. P. 55(a).

6.    The clerk should enter a default against defendant because defendant did not file a responsive pleading within 21 days after January 12, 2021, the date of service. Fed. R. Civ. P. 12(a)(1)(A)(i); *see* Fed. R. Civ. P. 55(a).

7.    The clerk should enter a default against defendant because defendant did not otherwise defend the suit. Fed. R. Civ. P. 55(a).

8.    Plaintiff meets the procedural requirements for obtaining an entry of default from the clerk as demonstrated by the Affidavit of Rook Elizabeth Ringer, Esq., attached hereto.

9.    Defendant is not a minor or an incompetent person. *Cf.* Fed. R. Civ. P. 55(b)(1)

10.    Because defendant did not file a responsive pleading or otherwise defend the suit, he is not entitled to notice of entry of default. Fed. R. Civ. P. 55(a).

Respectfully submitted,

Dated:    09/03/2021    

_____
**Rook Elizabeth Ringer, Esq.**
Florida Bar #1015698

CIVIL ACTION NO. 1:20-CV-4235-CC        2

Lento Law Group, P.A.
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
904-602-9400 Ext. 467 – Office
reringer@lentolawgroup.com

/s/ Anita Lamar /

Dated: _____09/03/2021_____     _____

Anita Lamar, Esq.
Georgia Bar No. 892383
**Lamar Law Office, LLC**
4500 Hugh Howell Rd., #140
Tucker, GA 30084
Office: 678.819.5200
ALamar@atlantalegalcare.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**AKEISHA NORRIS,**

          Plaintiff,

vs.

**ADOLPH THORNTON,**

          Defendant.

CIVIL ACTION NO.
1:20-CV-4235-CC

---

## **AFFIDAVIT OF ROOK ELIZABETH RINGER, ESQ.**

I, Rook Elizabeth Ringer, Esq., am over the age of eighteen and understand the obligations of an oath. Being duly sworn, I hereby state the following:

1.    I am an attorney duly admitted to the practice of law in the State of Florida and in multiple United States District Courts.

2.    I am appearing *pro hac vice* in this case.

3.    I am a partner in the law firm Lento Law Group and have represent the Plaintiff in this matter.

4.    In that capacity, I am familiar with the facts of this case and its procedural history.

5.    On October 13, 2020, the initial Complaint in this case was filed with this Court. [Dkt. #1].

6. On January 12, 2021, the Complaint was served on the Defendant, and return of service was filed with this Court on February 23, 2021. [Dkt. #10]. (A copy of the Return of Service is attached hereto as **Exhibit "A"**).

7. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), the Defendant had 21 days to file an answer or otherwise respond to the Complaint after being served.

8. As of September 2, 2021, it has been 233 days since the Defendant was served the Complaint.

9. Based on the records of the Clerk, the Defendant has never responded to the Complaint, nor has he entered an appearance in this matter.

10. This Affidavit is presented in support of a Request for Entry of Default, pursuant to Federal Rule of Civil Procedure 55.

I hereby certify that the above statements are true to the best of my knowledge, and if any of them are willfully false, I may face punishment.

Dated: _____09/03/2021_____    _____
**Rook Elizabeth Ringer, Esq.**
Florida Bar #1015698
Lento Law Group, P.A.
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
904-602-9400 Ext. 467 – Office
reringer@lentolawgroup.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**AKEISHA NORRIS,**

Plaintiff,

vs.

**ADOLPH THORNTON,**

Defendant.

CIVIL ACTION NO.
1:20-CV-4235-CC

## PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

**COMES NOW** the Plaintiff, Akeisha Norris (hereinafter, the "Plaintiff"), by and through her undersigned attorneys, and pursuant to Fed. R. Civ. P. 55(a), and in support of her Request for Entry of Default against the Defendant, Adolph Thornton (hereinafter, the "Defendant"), would state:

1.      On October 13, 2020, the initial Complaint in this case was filed with this Court. [Dkt. #1].

2.      On October 13, 2020, the initial Complaint in this case was filed with this Court. [Dkt. #1].

3.      On January 12, 2021, the Complaint was served on the Defendant, and return of service was filed with this Court on February 23, 2021. [Dkt. #10].

4.      Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), a defendant has to file an answer or otherwise respond to a complaint within 21 days after being served.

5.      As of September 2, 2021, it has been 233 days since the Defendant was served the Complaint. [*See*, Affidavit of Rook Elizabeth Ringer, Esq., attached hereto, ¶ 8].

6.      The Defendant has never responded to the Complaint, nor has he entered an appearance in this matter. [Id., at ¶ 9].

7.      Federal Rule of Civil Procedure 55 provides for the entry of default by the clerk "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise." Fed. R. Civ. P. 55(a).

WHEREFORE, the Plaintiff hereby requests that the Clerk enter default against Defendant Adolph Thornton, pursuant to Fed. R. Civ. P. 55(a).

Respectfully submitted,

Dated:     09/03/2021             _____

**Rook Elizabeth Ringer, Esq.**
Florida Bar #1015698
Lento Law Group, P.A.
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
904-602-9400 Ext. 467 – Office
reringer@lentolawgroup.com

CIVIL ACTION NO. 1:20-CV-4235-CC          7

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a copy of the foregoing Request for Entry of Default, has been furnished on the 3rd day of September, 2021, by ECF to all attorneys of record.

/s/ Anita Lamar /

_____

Anita Lamar, Esq.