IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **AKEISHA NORRIS,**<br><br>    Plaintiff,<br>vs.<br><br>**ADOLPH THORNTON,**<br><br>    Defendant. | CIVIL ACTION NO.<br>1:20-CV-4235-CC |

## ORDER ON ENTRY OF DEFAULT

After considering Akeshia Norris' request for entry of default against Defendant Adolph Thornton, proof of service, the affidavits and other evidence on file, the clerk:

FINDS that the record supports entry of default and ORDERS that default be entered.

SIGNED on _____.

_____
**CLERK, US DISTRICT COURT**

Submitted by:

*/s/ Rook Ringer*

_____
**Rook Elizabeth Ringer, Esq.**
Florida Bar #1015698
Lento Law Group, P.A.
222 San Marco Ave., Ste. C

CIVIL ACTION NO. 1:20-CV-4235-CC         1

                                            St. Augustine, FL 32084
                                            904-602-9400 Ext. 467 – Office
                                            reringer@lentolawgroup.com

CIVIL ACTION NO. 1:20-CV-4235-CC       2