IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Akeisha Norris,

        Plaintiff,

v.                           Case No. 1:20-cv-4235-MLB

Adolph Thornton, Jr.,

        Defendant.

_____/

## ORDER

On September 7, 2021, the Clerk entered default against Defendant Adolph Thornton, Jr. Plaintiff has not taken any action to prosecute this matter since that time. Accordingly, the Court **DIRECTS** Plaintiff to file, on or before November 8, 2021, either (1) a properly supported motion for default judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, or (2) a notice explaining why Plaintiff is not seeking default judgment at this time. Failure to comply with this order may result in dismissal of this action without prejudice. *See* LR 41.3A(2), NDGa. The Court **DIRECTS** the Clerk to submit this matter to the Court if Plaintiff fails to comply with this order.

**SO ORDERED** this 8th day of October, 2021.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE

2