IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **AKEISHA NORRIS,**<br><br>　　　　Plaintiff,<br>vs.<br><br>**ADOLPH THORNTON,**<br><br>　　　　Defendant. | CIVIL ACTION NO.<br>1:20-CV-4235-CC |

### PLAINTIFF'S MEMORANDUM IN SUPPORT OF
### MOTION FOR DEFAULT JUDGMENT

PLAINTIFF asks the Court to render a default judgment against Defendant.

**A. Introduction**

1.　Plaintiff is Akeisha Norris. Defendant is Adolph Thornton.

2.　On October 13, 2020, Plaintiff sued Defendant for invasion of privacy/appropriation of likeness and intentional infliction of emotional distress.

3.　On October 13, 2020, Plaintiff filed Plaintiff's Complaint for Damages for Misappropriation of Likeness and Intentional Infliction of Emotional Distress with the Court. On January 12, 2021, Defendant was served with a summons and a copy of Plaintiff's complaint by personal service

at his residence. A copy of the return of service is attached as **Exhibit "A"**. Defendant did not file a responsive pleading or otherwise defend the suit.

4. On September 7, 2021, the Clerk entered a default judgment against Defendant. The order was text-only and is therefore not attached hereto.

5. Plaintiff now asks the Court to render a default judgment.

## B. ARGUMENT

6. Defendant did not file a responsive pleading within 21 days after {date}, the date of service. Fed. R. Civ. P. 12(a)(1)(A)(i). {See "Deadlines," O'Connor's Federal Rules * Civil Trials, ch. 3-A, § 5 (2021 ed.); "Defendant did or did not appear," O'Connor's Federal Rules * Civil Trials, ch. 7-A, § 6.1.2 (2021 ed.).}

7. Defendant is not a minor or an incompetent person. Fed. R. Civ. P. 55(b)(2).

8. Plaintiff seeks unliquidated damages to be determined at a hearing before this Court. Plaintiff requests a hearing to present evidence in support of her request for damages and reasonable attorney fees.

## C. CONCLUSION

9. For these reasons, Plaintiff asks the Court to grant this motion and render a default judgment for an amount to be determined at a hearing before this Court, plus costs and interest, as well as attorney's fees.

Respectfully submitted,

Dated: 11/08/2021

_____
**Rook Elizabeth Ringer, Esq.**
Florida Bar #1015698
Lento Law Group, P.A.
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
904-602-9400 Ext. 467 – Office
reringer@lentolawgroup.com

/s/ Anita Lamar /

Dated: 11/08/2021

_____
Anita Lamar, Esq.
Georgia Bar No. 892383
**Lamar Law Office, LLC**
4500 Hugh Howell Rd., #140
Tucker, GA 30084
Office: 678.819.5200
ALamar@atlantalegalcare.com