IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **AKEISHA NORRIS,**<br><br>       Plaintiff,<br><br>vs.<br><br>**ADOLPH THORNTON,**<br><br>       Defendant. | CIVIL ACTION NO.<br>1:20-CV-4235-CC |

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

After considering Plaintiff Akeisha Norris's request for entry of default against Defendant, Adolph Thornton, proof of service, the affidavits, and other evidence on file, the clerk

FINDS that the record supports entry of default and ORDERS that default be entered.

SIGNED on _____, 2021.

 

 

_____
CLERK, U.S. DISTRICT COURT

APPROVED & ENTRY REQUESTED:

Rook Elizabeth Ringer, Esq. & Anita Lamar, Esq.

CIVIL ACTION NO. 1:20-CV-4235-CC       1