IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **AKEISHA NORRIS,**<br><br>  Plaintiff,<br>vs.<br><br>**ADOLPH THORNTON,**<br><br>  Defendant. | CIVIL ACTION NO.<br>1:20-CV-4235-CC |

# SUGGESTION OF DEATH
# OF DEFENDANT ADOLPH THORNTON

NOW COMES Plaintiff, **AKEISHA NORRIS**, a party to this litigation, by and through her undersigned counsel, and hereby suggests upon the record, pursuant to Rule 25(a)(1), the death of Adolph Thornton, the Defendant, and a party to this action.

Respectfully submitted,

Dated:    12/07/2021        _____

**Rook Elizabeth Ringer, Esq.**
Florida Bar #1015698
Lento Law Group, P.A.
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
904-602-9400 Ext. 467 – Office
reringer@lentolawgroup.com

| | |
|---|---|
| Dated:    12/07/2021 | /s/ Anita Lamar / <br> _____ <br> Anita Lamar, Esq. <br> Georgia Bar No. 892383 <br> **Lamar Law Office, LLC** <br> 4500 Hugh Howell Rd., #140 <br> Tucker, GA 30084 <br> Office: 678.819.5200 <br> ALamar@atlantalegalcare.com |