IN THE PROBATE COURT OF _____FAYETTE_____ COUNTY
STATE OF GEORGIA

IN RE: ESTATE OF )
)
ADOLPH ROBERT THORNTON, JR. , ) ESTATE NO. 21-16559
DECEASED )

## PETITION FOR LETTERS OF ADMINISTRATION

The petition of JERMIA JERDINE _____
 [Full name(s) of petitioner(s)] First     Middle     Last
whose physical address(es) is/are 135 SERENITY PLACE, FAYETTEVILLE, FAYETTE, GA 30214 ,
 Street     City     County     State     Zip Code
and mailing address(es) is/are _____ ,
 Street     City     County     State     Zip Code
shows to the Court the following:

1.

ADOLPH ROBERT THORNTON, JR. ,
 [Full name of decedent] First     Middle     Last

whose place of domicile was 135 SERENITY PLACE, FAYETTEVILLE, FAYETTE, GEORGIA 30214 ,
 Street     City     County     State     Zip Code
departed this life on NOVEMBER 17 , 20 21 , intestate.

2.

The Decedent died intestate [i.e., without making a valid last will and testament].

3.

Listed below are all of the decedent's heirs at law, with age or majority status, address, and relationship to the decedent set opposite the name of each:

| Name | Age (or over 18) | Address | Relationship | |
|---|---|---|---|---|
| ADOLPH ROBERT THORNTON, III | 7 | 135 SERENITY PLACE, FAYETTEVILLE, GA 30214 | SON | GAL |
| ARIA ELLA DIOR THORNTON | 4 | 135 SERENITY PLACE, FAYETTEVILLE, GA 30214 | DAUGHTER | GAL |

[FILED IN OFFICE
FAYETTE COUNTY PROBATE COURT
ANN S. JACKSON, JUDGE
2021 DEC 14 PM 3:51]

NC-MH

GPCSF 3     Eff. July 2021

4.

**Required**: *[Provide sufficient factual information to enable the Court to conclude that all of the heirs of the decedent are included and that there are no heirs of the same or closer degree according to O.C.G.A. § 53-2-1. Provide the names of any deceased heirs, the name and address of his or her personal representative, if any, and include the date of death for each (see instructions for further clarification). Also, state here all pertinent facts that may govern the method of giving notice to any person and that may determine whether or not a guardian ad litem should be appointed for any person. If any heirs listed above are cousins, grandchildren, nephews or nieces of the decedent, indicate the deceased ancestor through whom they are related to the decedent.]*

THE PETITIONER IS THE FIANCE OF DECEDENT AND THE MOTHER OF DECEDENT'S SURVIVING CHILDREN.

5.

Under the law, it is necessary that said estate be administered and JERMIA JERDINE _____ should be appointed administrator(s) by reason of:

*[Initial one]*

| | |
|---|---|
| *JJ* | (a) being unanimously selected by all the heirs *[This alternative does not apply if the surviving spouse is the sole heir and an action for divorce or separate maintenance was pending at the time of decedent's death.]*; |
| _____ | (b) being the surviving spouse where no action for divorce or separate maintenance was pending at the time of decedent's death; |
| _____ | (c) being (an) heir(s) and not the surviving spouse; |
| _____ | (d) having been selected by a majority in interest of the heirs; |
| _____ | (e) being (an) eligible person(s) as defined by O.C.G.A. § 53-6-1; |
| _____ | (f) being (a) creditor(s) of the decedent (evidence of the indebtedness is attached); |
| _____ | (g) being the county administrator. |

6.

To the knowledge of the petitioner(s), no other proceedings with respect to this estate are pending, or have been completed, in any other probate court in this or any other state.

7.

The decedent passed leaving an estate of real property located in _____ _____ County(ies), Georgia *[List real property that is located in another state and/or country]* having a total fair market value of approximately $ _____.

The decedent passed leaving personal property as follows *[Provide approximate value]*:

| | | |
|---|---|---|
| [✓] | (a) Cash/bank accounts/certificates of deposit: | $ TBD |
| [ ] | (b) Stocks/bonds/brokerage accounts: | $ |
| [✓] | (c) Other assets of significant value *[List assets]*: <br> Business Interests, Jewelry, Vehicles | $ TBD |

APPROXIMATE TOTAL VALUE OF PERSONAL PROPERTY     $ TBD   0.00

8.

*[Petitioner(s) MUST initial one]*

__JJ__ (a) All heirs have consented to the waiver of bond, waiver of reports, waiver of statements, and/or grant of certain powers contained in O.C.G.A. § 53-12-261 to the administrator(s). Therefore, the petitioner(s) hereby move(s) the Court to publish notice of the filing of the petition and tender(s) with this petition publication fees. ***[This only applies if all heirs have properly selected, acknowledged, and consented to this option.]***

_____ (b) The identities and/or addresses of all heirs are not known. Therefore, the petitioner(s) hereby move(s) the Court to publish notice of the filing of the petition, and tender(s) with this petition publication fees.

_____ (c) Notice of this petition need not be published because the petitioner(s) has/have listed all heirs at law and their addresses, and petitioner(s) is/are not requesting a waiver of bond, waiver of reports, waiver of statements, or the grant of powers contained in O.C.G.A. § 53-12-261.

9.

Additional data: *[Where full particulars are lacking, state here the reasons for any such omission.]*

WHEREFORE, petitioner(s) pray(s):

1. Service be perfected; and
2. that if no good cause is shown to the contrary, JERMIA JERDINE be appointed administrator(s) of the estate of said decedent.

_____
Signature of Petitioner

JERMIA JERDINE
Printed Name

135 SERENITY PLACE, FAYETTEVILLE, FAYETTE, GA 30214

_____
Mailing Address

_____
Telephone Number

Signature of Attorney: _____
Printed Name of Attorney: PRECIOUS ANDERSON, ESQ.
Address: THE ANDERSON FIRM, LLC
PO BOX 110054 ATLANTA, GA 30311
Telephone Number: (404) 521-1111    State Bar #017783



Notary seal: PRECIOUS ANDERSON, NOTARY PUBLIC, FULTON COUNTY, GEORGIA, MY COMMISSION EXPIRES JULY 31, 2022

## VERIFICATION

**GEORGIA,** _____**FAYETTE**_____ **COUNTY**

Personally appeared before me the undersigned petitioner(s) who, after being duly sworn, state(s) that the facts set forth in the foregoing petition for letters of administration (and the attached exhibit(s)) are true and correct.

Sworn to and subscribed before me this
__10__ day of __DECEMBER__, 20__21__

_____
Signature of Petitioner

_____
NOTARY/~~CLERK OF~~ PROBATE COURT

JERMIA JERDINE
Printed Name of Petitioner

My Commission Expires: __JULY 31, 2022__

IN THE PROBATE COURT OF ____FAYETTE____ COUNTY
STATE OF GEORGIA

IN RE: ESTATE OF          )
                          )
ADOLPH ROBERT THORNTON, JR. ,  )   ESTATE NO. 21-16559
DECEASED                  )

### SELECTION BY HEIRS
### (AND CONSENT OF HEIRS TO WAIVER OF BOND AND/OR GRANT OF CERTAIN POWERS)
*[Make a separate page of this form for each heir consenting]*

The undersigned, being 18 years of age or older, laboring under no legal disability and being an heir of the above-named decedent, hereby acknowledges service of a copy of the petition for letters of administration and notice, waives copies of same, waives further service and notice, and hereby selects  JERMIA JERDINE  to act as administrator(s) of the above-styled estate. If so indicated below, I hereby consent for the administrator(s) to be granted the additional powers contained in (a), (b), (c), and/or (d) of this page.

__JJ__ (a) *[optional; initial if applicable **TO GRANT POWERS**]* The personal representative is required by law to file a petition for leave to sell and obtain other approval by the Court for various acts. By initialing here I agree that the personal representative should be awarded all of the powers contained in O.C.G.A. § 53-12-261 except the personal representative shall not be authorized to bind the estate by any warranty in any conveyance or contract in violation of O.C.G.A. § 53-8-14 (a); **AND/OR**

_____ (b) *[optional; initial if applicable **TO WAIVE REPORTS**]* The personal representative is required by law to file reports (e.g., inventory and returns) and provide a copy to each interested party. By initialing here I agree that the personal representative should not be required to file any reports with the Court; **AND/OR**

_____ (c) *[optional; initial if applicable **TO WAIVE BOND**]* The personal representative is required by law to post a bond as the Court deems necessary. By initialing here I agree that the personal representative should not be required to post a bond; **AND/OR**

_____ (d) *[optional; initial if applicable **TO WAIVE STATEMENTS**]* The personal representative is required by law to furnish to the heirs, at least annually, a statement of receipts and disbursements. By initialing here I agree that the personal representative should not be required to furnish these statements.

Sworn to and subscribed before me this
__10__ day of __DECEMBER__, 20__21__.

_____
Signature of Heir

ADOLPH ROBERT THORNTON, III, BY JERMIA JERDINE, LEGAL GUARDIAN
Printed Name of Heir

NOTARY/CLERK OF PROBATE COURT
My Commission Expires: JULY 31, 2022

GPCSF 3                        [6]                        Eff. July 2021

IN THE PROBATE COURT OF ____FAYETTE____ COUNTY
STATE OF GEORGIA

IN RE: ESTATE OF )
)
ADOLPH ROBERT THORNTON, JR.____, ) ESTATE NO. 21-16559
DECEASED )

### SELECTION BY HEIRS
### (AND CONSENT OF HEIRS TO WAIVER OF BOND AND/OR GRANT OF CERTAIN POWERS)
*[Make a separate page of this form for each heir consenting]*

The undersigned, being 18 years of age or older, laboring under no legal disability and being an heir of the above-named decedent, hereby acknowledges service of a copy of the petition for letters of administration and notice, waives copies of same, waives further service and notice, and hereby selects JERMIA JERDINE to act as administrator(s) of the above-styled estate. If so indicated below, I hereby consent for the administrator(s) to be granted the additional powers contained in (a), (b), (c), and/or (d) of this page.

__JJ__ (a) *[optional; initial if applicable TO GRANT POWERS]* The personal representative is required by law to file a petition for leave to sell and obtain other approval by the Court for various acts. By initialing here I agree that the personal representative should be awarded all of the powers contained in O.C.G.A. § 53-12-261 except the personal representative shall not be authorized to bind the estate by any warranty in any conveyance or contract in violation of O.C.G.A. § 53-8-14 (a); **AND/OR**

_____ (b) *[optional; initial if applicable TO WAIVE REPORTS]* The personal representative is required by law to file reports (e.g., inventory and returns) and provide a copy to each interested party. By initialing here I agree that the personal representative should not be required to file any reports with the Court; **AND/OR**

_____ (c) *[optional; initial if applicable TO WAIVE BOND]* The personal representative is required by law to post a bond as the Court deems necessary. By initialing here I agree that the personal representative should not be required to post a bond; **AND/OR**

_____ (d) *[optional; initial if applicable TO WAIVE STATEMENTS]* The personal representative is required by law to furnish to the heirs, at least annually, a statement of receipts and disbursements. By initialing here I agree that the personal representative should not be required to furnish these statements.

Sworn to and subscribed before me this
__10__ day of __DECEMBER__, 20__21__.

__[signature]__                                 __[signature]__
NOTARY/CLERK OF PROBATE COURT       Signature of Heir
My Commission Expires: JULY 31, 2022

                                                Aria Ella Dior Thornton
                                                ARIA ELLA DIOR THORNTON, BY JERMIA JERDINE, LEGAL GUARDIAN
                                                Printed Name of Heir