IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Akeisha Norris,

        Plaintiff,

                      Case No. 1:20-cv-4235-MLB

v.

Adolph Thornton, Jr.,

        Defendant.

_____/

## ORDER

On April 14, 2022, the Court ordered Plaintiff to file a notice addressing how the suggestion of death and pending substitution of the administrator of Defendant's estate affects Plaintiff's Motion for Default Judgment. (4/14/2022 Docket Entry.) On April 28, 2022, counsel for Plaintiff notified the Court that the probate case in Fayette County, Georgia (Fayette County Case: 21-16559) is still pending, with no further information available other than the initial petition, which has not been ruled upon by the probate court. (Dkt. 30.) Since it is not known when the probate court will issue a ruling as to the appointment of the administrator of Defendant's estate, the Court **STAYS** this case pending

a ruling in the probate case in Fayette County. The Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case during the period of the stay. The Court **ORDERS** Plaintiff to promptly file a notice on the docket once a ruling has been issued in the probate case[1].

    **SO ORDERED** this 12th day of May, 2022.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE

---

[1] Upon Plaintiff's filing of the notice, the Court will lift the stay and direct the Clerk to reopen the case and reinstate Plaintiff's motion for default judgment (Dkt. 26).