# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **AKEISHA NORRIS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ADOLPH R. THORNTON, JR.**<br><br>**Defendant.** | CIVIL ACTION NO.<br>1:20-cv-04235-MLB |

### SUGGESTION OF DEATH
### AS TO DEFENDANT ADOLPH R. THORNTON, JR.
### AND MOTION FOR SUBSTITUTION OF PARTY

Counsel for the Plaintiff, AKEISHA NORRIS, in the above-captioned action, hereby gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Defendant, ADOLPH R. THORNTON, JR. Defendant Thornton passed away on November 17, 2021.

Individual, Jermia Jerdine, has been appointed administratrix of the Estate of Adolph R. Thornton, Jr., as evidenced by the Letters of Administration annexed hereto as **EXHIBIT "A"**.

Pursuant to Rule 25 of the Federal Rules of Civil Procedure, it is hereby requested that "Jermia Jerdine, Administratrix of the Estate of Adolph R. Thornton, Jr., Deceased" be substituted in place of Defendant Adolph R. Thornton, Jr. himself, so that Plaintiff's claims may proceed as against the late Defendant's Estate.

The request under this Motion is not sought for delay, but in the interest of justice.

1

DATED: <u>December 28, 2022</u>        Respectfully submitted,


<u>/s/ *Anita Marie Lamar*          </u>
Anita Marie Lamar
LAMAR LAW OFFICE, LLC
P.O. Box 2558
5400 Hugh Howell Road, #140
Tucker, GA 30085
Phone: (678) 819-5200
Fax:    (678) 819-5276
Email: <u>anita@atlantalegalcare.com</u>

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing pleading or other paper was served via personal service upon:

Jermia Jerdine, Administratrix of the Estate of Adolph R. Thornton, Jr., Deceased
135 Serenity Place
Fayetteville, GA 30214
*Substituted Defendant*


AND

Precious Anderson, Esq.
The Anderson Firm, LLC
1100 Spring Street NW, #730
Atlanta, GA 30309


DATED: <u>December 28, 2022</u>                    Respectfully submitted,



                                        <u>/s/ *Anita Marie Lamar*           </u>
                                        Anita Marie Lamar
                                        LAMAR LAW OFFICE, LLC
                                        P.O. Box 2558
                                        5400 Hugh Howell Road, #140
                                        Tucker, GA 30085
                                        Phone: (678) 819-5200
                                        Fax:    (678) 819-5276
                                        Email: anita@atlantalegalcare.com