# *EXHIBIT "A"*

IN THE PROBATE COURT OF ____FAYETTE____ COUNTY
STATE OF GEORGIA

IN RE: ESTATE OF                               )
                                               )
ADOLPH ROBERT THORNTON, JR.         ,          )   ESTATE NO. 21.16559
DECEASED                                       )

## LETTERS OF ADMINISTRATION
*[Bond, inventory and returns required]*

At a regular term of probate court, this Court granted an order allowing JERMIA JERDINE to qualify as administrator(s) of the above-named decedent, who was domiciled in this county at the time of his or her death or was domiciled in another state but owned property in this county at the time of his or her death, and that upon so doing, letters of administration be issued to such personal representative(s).

THEREFORE, the said administrator(s), having taken the oath of office and complied with all necessary prerequisites of the law, is/are legally authorized to discharge all the duties and exercise all powers of personal representative(s), according to Georgia law.

IN TESTIMONY WHEREOF, I have hereunto affixed my signature as judge of the probate court of said county and the seal of this office this 26 day of August, 2022.

*The following must be signed if the judge does not sign the original of this document:*

Judge of the Probate Court
ANN S. JACKSON, JUDGE
FAYETTE COUNTY PROBATE COURT

Issued by:                                     *[Seal]*

_____
Clerk of the Probate Court

*(SEE INSTRUCTIONS)*

GPCSF 3                        [14]                        Eff. July 2021