UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AKEISHA NORRIS
Plaintiff's

                                      Civil Action Number
ADOLPH R. THORNTON, JR.          1:20-CV-04235 MLB
Defendant

## AFFIDAVIT OF SERVICE

Personally Appeared before the undersigned attesting Officer authorized to administer Oath, **SHARON SNELLINGS**, who upon being duly sworn, on oath deposes and says:

My name is **Sharon Snellings,** and I am a resident of the State of Georgia and over the age 18 years old and legally competent to make this affidavit.

This Affidavit is made based upon my personal knowledge and information for all purposes allowed.

On January 2nd, 2023 after verifying his/her identity that I personally served Precious Anderson Esq, with a Suggestion of Death as To Defendant Adolph R. Thornton Jr. and Motion for Substitution of Party, Certificate of Service, Exhibits A, 1830 Childress Dr, Atlanta Ga. 30311 at 1:21 p.m.

Further affiant sayeth not this 3rd day of January, 2023

*Sharon Snellings*

SHARON SNELLINGS
SHARON SNELLINGS ENTERPRISES
Certified Process Server

Sworn to and subscribed before me
This 3rd day of January, 2023

*Melissa L. Michel*
Notary Public
My Commission Expires: _____