## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| AKEISHA NORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE NO. |
| ) | 1:20-cv-04235-MLB |
| JERMIA JERDINE, AS ) | |
| ADMINISTRATRIX OF THE ESTATE ) | |
| OF ADOLPH R. THORNTON, JR., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SPECIAL APPEARANCE OF COUNSEL

COMES NOW G. Taylor Wilson of the law firm of Wade, Grunberg & Wilson, LLC, 600 Peachtree Street N.E., Suite 3900, Atlanta, Georgia, 30308, and files this Notice of Special Appearance of Counsel on behalf of Jermia Jerdine, in her capacity as Personal Representative of the Estate of Adolph R. Thornton, Jr. ("Personal Representative"). Counsel for Plaintiff is hereby requested to serve G. Taylor Wilson, along with all counsel of record for the Personal Representative, with all pleadings, filings, discovery, submissions, and the like in this case.

By way of this Notice of Special Appearance, counsel gives notice to Plaintiff and to the Court that the Personal Representative contends that this Court lacks jurisdiction over her in this action and that the Order granting substitution should be

-1-

reversed. Neither the original defendant, decedent Adolph Thornton, Jr., nor the purported current defendant, the Personal Representative, was served with summons and the complaint in this matter. Nor was Plaintiff's Suggestion of Death as to Defendant Adolph R. Thornton, Jr. and Motion for Substitution of Party [Dkt. 32] personally served upon the Personal Representative as required by Federal Rules of Civil Procedure 4 and 25. Accordingly, by this special appearance of counsel, the Personal Representative does not waive the requirements that she be served or concede that she is properly a party to this action.

Moreover, the incident that is the subject of the Complaint in this action occurred in September 2018, and thus the Complaint, which was filed in October 2020, was filed outside of the two-year statute of limitations. Thus, Plaintiff's purported attempt to serve the Complaint on the deceased in January 2021 was improper and ineffective even if service had been made personally on the deceased.

The Personal Representative plans to file a motion asking this Court to reconsider its Order granting substitution, as this action should be dismissed.

Respectfully submitted this 1st day of February, 2023.

/s/ G. Taylor Wilson  
Nicole Jennings Wade  
State Bar No. 390922  
nwade@wgwlawfirm.com  
Jonathan D. Grunberg  
State Bar No. 869318  
jgrunberg@wgwlawfirm.com

G. Taylor Wilson
State Bar No. 460781
twilson@wgwlawfirm.com

WADE, GRUNBERG & WILSON, LLC
600 Peachtree Street N.E.
Suite 3900
Atlanta, GA 30308
Telephone:     (404) 600-1153
Facsimile:     (404) 969-4333

*Counsel for Jermia Jerdine in her capacity as Personal Representative of the Estate of Adolph R. Thornton, Jr.*

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel hereby certifies that this **NOTICE OF SPECIAL APPEARANCE OF COUNSEL** complies with the type-volume limitations set forth in Rule 5.1 of the Local Rules of the United States District Court for the Northern District of Georgia and that this has been typed in Times New Roman 14-point font.

Respectfully submitted this 1st day of February, 2023.

                                                   */s/ G. Taylor Wilson*
                                                   G. Taylor Wilson

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a copy of the foregoing document, **NOTICE OF SPECIAL APPEARANCE OF COUNSEL**, to be served via the Court's CM/ECF system, which will automatically send notice of such filing to all attorneys of record.

Respectfully submitted this 1st day of February, 2023.

*/s/ G. Taylor Wilson*
G. Taylor Wilson