# EXHIBIT B

# DECLARATION OF PRECIOUS ANDERSON

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AKEISHA NORRIS, | ) |
|     Plaintiff, | ) |
| v. | ) CIVIL ACTION FILE NO. |
| | ) 1:20-cv-04235-MLB |
| JERMIA JERDINE, AS ADMINISTRATRIX OF THE ESTATE OF ADOLPH R. THORNTON, JR., | ) |
|     Defendant.[1] | ) |

## DECLARATION OF PRECIOUS ANDERSON

Pursuant to 28 U.S.C. § 1746, I, Precious Anderson, declare under penalty of perjury under the laws of the United States that the following is true and correct:

1.

All statements contained in this Declaration are true and correct to the best of my knowledge. I am over the age of 18 years of age and am competent to testify on matters contained in this Declaration.

---

[1] As discussed in the notices of special appearance for Ms. Jerdine's counsel, she has not been appropriately substituted as a party to this action, nor has this action been served upon any defendant. Nothing in this filing should be deemed as a waiver of any defense or argument, including with regard to jurisdiction, service of process, or the identity of the parties.

-1-

2.

I submit this Declaration in support of Jermia Jerdine's Motion for Reconsideration of Order granting Substitution Filed Under Special Appearance and for any other purpose available under law.

3.

I am a lawyer in good standing licensed to practice law in the State of Georgia.

4.

I am currently representing Jermia Jerdine, in her capacity as Personal Representative for the Estate of Adolph R. Thornton, Jr., deceased, in connection with estate matters.

5.

On December 14, 2021, as counsel for Ms. Jerdine, I filed on her behalf a Petition for Letters of Administration in the Probate Court of Fayette County, Georgia.

6.

Ms. Jerdine received Letters of Administration from the Probate Court of Fayette County, Georgia, on August 26, 2022, and was formally appointed as Administrator of Mr. Thornton's Estate.

7.

I was not personally at 1100 Spring Street NW, #730 on December 28, 2022, and I could not have been served with any papers there at that time.

8.

In fact, my law office, The Anderson Firm, is no longer located at that address.

9.

The representation in the Certificate of Service for the Suggestion of Death as to Defendant Adolph R. Thornton, Jr., and Motion for Substitution of Party filed in this action on December 28, 2022, (Dkt. 32 at 3), that I was personally served with that pleading at 1100 Spring Street NW, #730, is false.

10.

No one has ever requested that I accept service on behalf of my client, Ms. Jerdine. And Ms. Jerdine has never authorized me to accept service on her behalf—either individually or as Personal Representative—of any papers in connection with this lawsuit.

11.

I do not represent Ms. Jerdine in this litigation, and I would never have agreed to accept service of any action of this nature pending in federal court.

12.

I was unexpectedly served at my home on January 2, 2023, with a copy of the Suggestion of Death as to Defendant Adolph R. Thornton, Jr., and Motion for Substitution of Party.

13.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DocuSigned by:

_____
C79C43CB73054D7...
Precious Anderson

Dated: February 2, 2023

-4-