# *EXHIBIT "A"*

**Joseph Cannizzo**

| | |
|---|---|
| **From:** | Joseph Cannizzo |
| **Sent:** | Monday, January 16, 2023 4:29 PM |
| **To:** | panderson@theandersonfirm.com |
| **Cc:** | John Groff; Anita Lamar; Avanelle Reid; John Groff |
| **Subject:** | Norris v. Estate of Thornton, Docket No.: 1:20-cv-04235-MLB |
| **Attachments:** | 2023 - 01-16 - NORRIS - Ltr to Precious Anderson.pdf; 2023 - 01-16 - NORRIS - Subpoena for Estate Docs - Filled.pdf |
| **Categories:** | Filed to Clio |

Ms. Anderson,

Please see the attached documents regarding the matter of *Norris v. Estate of Thornton*.

Thank You,



**Joseph Cannizzo, Jr., Esquire**
Alabama Managing Attorney
Alabama Attorney ID (3584O57X)

**New Jersey Office**
Lento Law Group P.C.
3000 Atrium Way - Suite #200
Mt. Laurel, New Jersey 08054
P: (856) 652-2000
F: (856) 375-1010

**Alabama Office**
Lento Law Group P.C.
Chase Corporate Center
1 Chase Corporate Center – Suite 400
Birmingham, AL 35244
P: (385) 485-0600
F: (313) 992-1122
jcannizzo@lentolawgroup.com
www.lentolawgroup.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail message is privileged and confidential, and intended only for the use of the individual(s) and/or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any unauthorized disclosure, copying, distribution or taking of any action in reliance of the contents of the e-mail materials is strictly prohibited and review by any individual other than the intended recipient shall not constitute waiver of the attorney/client privilege. If you have received this transmission in error, please immediately notify the Sender identified above by telephone to arrange for the return of the materials. Thank you.



**Lento Law Group, P.C.**
Chase Corporate Center
1 Chase Corporate Center Road, Suite 400
Birmingham, AL 35244
Office: (385) 485-0600
Fax: (313) 992-1122
Direct: (856) 725-3699
Joseph Cannizzo Jr., Esquire
Member of the AL Bar
jcannizzo@lentolawgroup.com

January 16, 2023

**Sent via CERTIFIED Mail: 7022 2410 0000 2539 1884 & Regular Mail**
Precious Anderson, Esquire
THE ANDERSON FIRM
1830 Childress Drive
Atlanta, GA 30311

   Re: *Norris v. Jermia Jerdine as Administratrix o/b/o the Estate of Adolph R. Thornton, Jr.*
      **Docket No: 1:20-cv-04235-MLB**

## NOTICE OF CLAIM AGAINST ESTATE

Dear Ms. Anderson,

  As you are aware from your prior receipt of the Suggestion of Death which was filed in the above-referenced matter, I represent the Plaintiff, Akeisha Norris, in ongoing civil litigation in which your client, Jermia Jerdine, as Administratrix on behalf of the Estate of Adolph R. Thornton, Jr. ("the Estate"), is a named Defendant.

  It is my understanding that, pursuant to GA Code § 53-7-41, Jermia Jerdine, the personal representative on behalf of the Estate, was required to publish within 60 days from the date of her qualification as personal representative, a notice directed generally to all creditors of the Estate in the official newspaper of the county in which the personal representative was qualified. At this time, please provide me with a copy of said published notice, evidencing Ms. Jerdine's compliance with this requirement.

  Additionally, in light of your receipt of this correspondence, be aware that we are asserting a lien against the Estate of Adolph R. Thornton, Jr., and are actively pursing a judgment against the Estate through the instant litigation. As such, at this time I ask that you refrain from any further sales, disbursements, distributions, or liquidations, of Estate assets and/or property, until such time as our claim against the Estate may be satisfied.

         Very truly yours,

         */s/ Joseph Cannizzo Jr.*
         JOSEPH CANNIZZO JR., ESQ.

JC\
C: Anita Lamar, Esquire
Atlanta, GA • Birmingham, AL • Coral Springs, FL • Detroit, MI • El Paso, TX • Flint, MI • Los Angeles, CA • Miami, FL • Mount Laurel, NJ
New York, NY • Orlando, FL • Philadelphia, PA • Richmond, VA • San Juan, PR • Scottsdale, AZ • Washington, DC