

NICOLE JENNINGS WADE
Direct: 404.382.8132
nwade@wgwlawfirm.com

March 17, 2023

**VIA ECF**

Ms. Jessica Kelley
Courtroom Deputy Clerk to
The Honorable Michael L. Brown
1942 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3309

RE: *Akeisha Norris v. Jermia Jerdine, as Administratix of the Estate of Adolph R. Thornton, Jr.*, Civil Action File No. 1:20-cv-04235-MLB, U.S. District Court for the Northern District of Georgia, Atlanta Division

Dear Ms. Kelly:

I am serving as lead counsel to Defendant Jermia Jerdine, in her capacity as Personal Representative of the Estate of Adolph R. Thornton, Jr., deceased, appearing specially in the above-referenced action. Pursuant to Local Rule 83.1(E)(4), entitled *Leaves of Absence,* I hereby notify U.S. District Judge Brown, the Clerk of Court, and all Counsel of Record that I will be on leave during the time period as stated below:

(a) April 18, 2023 through May 10, 2023 for personal vacation.

I request that this case not be calendared during the period of my absence. Thank you very much for your consideration.

Respectfully,

*/s/ Nicole Jennings Wade*
Nicole Jennings Wade

cc: All Counsel of Record
(Via CM/ECF)